IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **SUPREME KING JUSTICE ALLAH,** ) | Civil Action No. 7:14-cv-00614 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **WARDEN JOHN A. WOODSON,** *et al.*, ) | By: | Norman K. Moon |
| Defendants. ) | | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby **ORDERED** that the pending motions to amend are **DENIED**; the complaint is **DISMISSED without prejudice**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Allah.

**ENTER**: This __4th__ day of May, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE